Richard L. Crabtree, ABA 7510063
R. Crabtree, APC
3330 Arctic Blvd., Suite 201
Anchorage, Alaska, 99503
Tel: 907-222-4300 / Fax: 907-222-4399
Toll Free (844) 907-4317

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JESSIE L. RIZOR,<br>　　　Plaintiff,<br>　vs.<br><br>ACAPITA EDUCATION FINANCE<br>CORPORATION, A TEXAS NON-PROFIT<br>CORPORATION, BRAZOS STUDENT<br>FINANCE CORPORATION, A TEXAS<br>NON-PROFIT CORPORATION AND<br>BRAZOS HIGHER EDUCATION<br>SERVICE CORPORATION, A TEXAS<br>NON-PROFIT CORPORATION,<br>　　　Defendants, | Case No. 16-90001 |

## ANSWER TO DEBTOR'S COMPLAINT TO DETERMINE DISCHARGEABILITY

## OF PRIVATE STUDENT LOAN

　　Come Now the Defendants Acapita Education Finance Corporation, Brazos Student Finance Corporation, and Brazos Higher Education Service Corporation, hereinafter referred to as "Brazos," and for their answer to the debtor's complaint, state as follows:

Each and every allegation of the complaint is denied unless expressly admitted herein.

1.　　The allegations of paragraph 1 of the complaint are admitted.

2.　　The allegations of paragraph 2 of the complaint are admitted.

3.　　The allegations of the first sentence of paragraph 3 of the complaint are admitted. Brazos admits that it must generate funds in order to keep operating and providing loans to students to assist them in pursuing higher education.

4.　　The allegations of paragraph 4 of the complaint are admitted.

Rizor vs. Acapita Education Finance Corporation et al.
RLC/skw
1 | P a g e

5. Brazos admits that at the time of plaintiff's attendance, St. George School of Veterinary Medicine was not accredited by the American Veterinary Medical Association's Council on Education. Accreditation has since been granted the school. Brazos denies that St. George School of Veterinary Medicine was ineligible to receive the proceeds of non-dischargeable student loans under the laws applicable to such matters. The school was in fact Eligible to receive such funds at the times Jessie Rizor attended the school and Mr. Rizor's loans referenced in his Complaint are in fact non-dischargable.

6. The allegations of paragraph 6 of the complaint are admitted.

7. The allegations of paragraph 6 of the complaint are admitted.

8. Brazos lacks sufficient information to form a belief as to the truth of the allegations of paragraph 8 of the complaint and therefore denies the same.

9. Brazos lacks sufficient information to form a belief as to the truth of the allegations of paragraph 9 of the complaint and therefore denies the same.

10. The allegations of paragraph 10 of the complaint are denied.

## Affirmative Defenses

1. Failure to state a claim upon which relief can be granted.

2. St. George Veterinary School of Medicine meets the standards set forth by law, including 20 USC sec. 1002(a)(2)(ii) for eligibility to receive the proceeds of non-dischargeable student loan proceeds.

Wherefore, Brazos prays for relief as follows:

1. That the loans at issue be declared to be non-dischargeable;

2. For an award of Brazos's costs and attorney's fees to defend this matter;

3. For such other relief as the court deems to be just and equitable in the

Respectfully submitted this 3rd day of February, 2016.

R. Crabtree, APC
Attorneys for Defendant

*[signature: Richard L. Crabtree]*

Richard L. Crabtree
Alaska Bar Association No. 7510063
3330 Arctic Blvd., Suite 201
Anchorage, AK 99503
Phone 907-222-4300
Fax: 907-222-4399
E-mail: rcrabtree@rcalaska.com

Rizor vs. Acapita Education Finance Corporation et al.
RLC/skw
3 | P a g e